UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON JONES, | No. 2:14-cv-2877 WBS KJN P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| E. SWARTZ, et al, | |
| Defendants. | |

By order filed March 10, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  By order filed April 21, 2015, plaintiff was granted an additional thirty days leave to file an amended complaint, and also cautioned that no further extensions of time would be granted absent a showing of good cause.  More than thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 22, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ jone2877.fta